**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael L. MOORE, a/k/a Gadget, Defendant–Appellant.**

**No. 12–7008.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Michael L. Moore, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Shane Neel Cralle, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Moore appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moore*, No. 1:97–cr–00362–JCC–1 (E.D.Va. May 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*